

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-12-00630-CV

**THE HUFF ENERGY FUND, L.P.**, WRH Energy Partners, L.L.C., William R."Bill" Huff,
Rick D'Angelo, Ed Dartley, Bryan Bloom, and Riley-Huff Energy Group, LLC,
Appellants

v.

**LONGVIEW ENERGY COMPANY**,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 11-09-12583-ZCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

The Joint Motion for Enlargement of Time for Oral Argument is **GRANTED**.
Appellants will be allotted 30 minutes for argument, with 10 minutes of rebuttal following
appellee's argument.  Appellee will be allotted 30 minutes for argument.

It is **ORDERED** on August 25, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court